JOHN W. CLARK, Respondent, *v.* THE NATIONAL SHOE AND LEATHER BANK OF THE CITY OF NEW YORK, Appellant.

Reported below, 32 App. Div. 316.
(Argued November 21, 1898; decided November 29, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 16, 1898, affirming a judgment in favor of plaintiff entered upon the decision of the court at a Trial Term, a jury having been waived.

The motion was made upon the ground that the judgment is not appealable under sections 190, 191 of the Code of Civil Procedure; that no question of law is involved; that the findings of fact were unanimously approved by the Appellate Division, and that the appeal has not been allowed by the Appellate Division or a judge of the Court of Appeals.

*O. B. Gould* for motion.

*Putney & Bishop* opposed.

Motion denied, with costs.